UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Kellogg Willenbring, an individual, and Glenn Brian Willenbring, her husband, | Civil No. 08-4760 (MJD/LIB) |
| Plaintiffs, | |
| v. | |
| City of Breezy Point, a Minnesota municipal entity; Officer Josef Garcia, badge #_____ personally, and in his capacity as a Police officer; Deputy Kelly Park, personally, and in her capacity as a peace officer; Officer Jay Lorch, badge # _____ Officer Chad Nangle, badge #_____, personally and in his capacity as a Police officer, Officers Jane Doe and Richard Roe, unknown and unnamed Breezy Point Police officers, personally, and in their capacities as Police officers; and Breezy Point International, Inc., and Whitebirch, Inc. as operators of the Marina Bar, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants City of Breezy Point, Officer Josef Garcia, and Officer Chad Nangle in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order & Memorandum entered in this action on the 16th day of September, 2010.  Defendants specifically appeal the District Court's denial of their Motion for Summary Judgment based upon qualified immunity.

IVERSON REUVERS

Dated: October 15, 2010						By:  s/Jason M. Hiveley
								Jon K. Iverson, #146389
								Jason M. Hiveley, #311546
								Stephanie A. Angolkar, #388336
							Attorneys for City of Breezy Point Defendants
							9321 Ensign Avenue South
							Bloomington, MN  55438
							Telephone: (952) 548-7200