U.S. COURT OF APPEALS - EIGHTH CIRCUIT

APPELLANT'S FORM A                     Appeal Docket No.

Appeal Information Form

To be filed with the Notice of Appeal

_____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Julie Kellogg Willenbring, an individual, and Glenn Brian Willenbring, her husband, | Albert T. Goins, Sr. 301 4th Avenue South, Suite 378N Minneapolis, MN 55415 (612) 339-3848 |
| Appellant/Appellee, vs. | |
| City of Breezy Point, et al., | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
| Appellant/Appellee | Jason M. Hiveley IVERSON REUVERS 9321 Ensign Avenue South Bloomington, MN 55438 (952) 548-7200 |

LIST ISSUES ON APPEAL(For administrative purposes).  You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).     [ ✔ ]Yes.     [    ]No.

1) Did the district court err when it denied Officers Garcia and Nangle's motion for summary judgment based upon qualified immunity?
2) Did the district court err when it denied Officer Garcia's motion for summary judgment based upon official immunity?

FOR LEAD COUNSEL ONLY

I [    ]have ( [ ✔ ]have not) discussed settlement possibilities on appeal with my client.
This appeal[    ]is ( [ ✔ ] is not ) amenable to settlement.

Submitted by: s/ s/ Jason M. Hiveley                    10/15/2010

Signature of Lead Counsel                    Date

INSTRUCTIONS:

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).  If inadverterly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.  Forms are available at the District Court Clerk's Office and may be obtained electronically at:

www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain