# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3318

Julie Kellog Willenbring, an individual and Glenn Brian Willenbring, her husband

Appellees

v.

City of Breezy Point, a Minnesota municipal entity, et al.

Appellants

Deputy Kelly Park, personally, and in her capacity as a peace officer, et al.

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:08-cv-04760-MJD)
_____

## MANDATE

In accordance with the judgment of 12/23/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 23, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit